**Elmer T. RODGERS, Appellant,**

v.

**CARLING BREWING COMPANY, Inc., Appellee.**

**No. 20364.**

United States Court of Appeals
Fifth Circuit.

June 19, 1963.

O. F. Jones, III, David G. Copeland, Jones, Boyd, Westbrook & Lovelace, Waco, Tex., for appellant.

George Chase, Naman, Howell, Smith & Chase, Waco, Tex., for appellee.

Before HUTCHESON, GEWIN and BELL, Circuit Judges.

PER CURIAM.

The findings of fact entered by the District Court in this suit for personal injuries allegedly occasioned by the explosion of a beer bottle not being clearly erroneous, and no error of law appearing, the judgment appealed from should be and is

Affirmed.

**UNITED STATES of America, Appellee,**

v.

**William Michael AUSTREW, Appellant.**

**No. 8621.**

United States Court of Appeals
Fourth Circuit.

Argued June 4, 1963.

Decided June 10, 1963.

Norman N. Yankellow, Baltimore, Md. (Court-assigned counsel), for appellant.

Daniel F. McMullen, Jr., Asst. U. S. Atty. (Joseph D. Tydings, U. S. Atty., on brief), for appellee.

Before SOBELOFF, Chief Judge, BRYAN, Circuit Judge, and LEWIS, District Judge.

PER CURIAM.

Notwithstanding the earnest and skillful efforts of the appellant's court-appointed counsel, we find no error in the decision of the District Court and affirm upon its opinion 202 F.Supp. 816 (D.Md.1962).

Affirmed.

**UNITED STATES of America, Appellee,**

v.

**Kalman GREENHILL, Defendant-Appellant.**

**No. 407, Docket 28253.**

United States Court of Appeals
Second Circuit.

Argued June 6, 1963.

Decided June 6, 1963.

Daniel H. Greenberg, New York City (Marvin Margolis, New York City, on the brief), for defendant-appellant.

Thomas Day Edwards, Asst. U. S. Atty., S. D. N. Y., New York City (Robert M. Morgenthau, U. S. Atty., and Andrew T. McEvoy, Jr., Asst. U. S. Atty., New York City, on the brief), for appellee.

Before CLARK and FRIENDLY, Circuit Judges, and ZAVATT, District Judge.

PER CURIAM.

Affirmed in open court. Bail revoked.